Paul J. DAVIS, Appellant,

v.

Clyde BRUNER, Appellee.

No. 11924.

District of Columbia Court of Appeals.

Argued Oct. 4, 1982.

Decided Sept. 30, 1983.

As Amended Feb. 8, 1984.

Before NEWMAN, Chief Judge, KERN, NEBEKER, MACK, FERREN, PRYOR, BELSON and TERRY, Associate Judges, and YEAGLEY and KELLY,* Associate Judges, Retired.

ORDER

PER CURIAM.

"ORDERED and ADJUDGED that the judgment on appeal is affirmed by an evenly divided court."

So ordered.